**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN LOFFREDO, et al., | |
| Plaintiffs, | Hon. Julian A. Cook |
| v. | Case No. 2:10–cv–14214 |
| CERBERUS CAPITAL MANAGEMENT, L.P., a limited partnership, STATE STREET BANK AND TRUST COMPANY, a Massachusetts Trust Company, JOHN DOE and MARY DOE, individuals. | Consolidated With:  2:10-cv-14181 |
| Defendants. | |
| and | |
| JOHN LOFFREDO, et al., | |
| Plaintiffs, | |
| v. | |
| DAIMLER, AG, et al., | |
| Defendants. | |

**DEFENDANT STATE STREET BANK AND TRUST COMPANY'S
*EX PARTE* MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS
MOTION TO DISMISS IN THE "CERBERUS" ACTION IN EXCESS OF FIVE PAGES**

Defendant, State Street Bank and Trust Company ("State Street"), by its undersigned attorneys, respectfully submits this *Ex Parte* Motion for Leave to File a Reply Brief in Support of its Motion to Dismiss in the "Cerberus" Action in Excess of Five Pages.  In support of the Motion, State Street respectfully refers the Court to the accompanying Brief in Support filed herewith.

WHEREFORE, pursuant to LR 7.1(c)(3), State Street respectfully requests that this Honorable Court grant its Motion and permit State Street to file a fourteen page Reply Brief in Support of State Street's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) in the "Cerberus" Action.

Dated:  April 6, 2011	Respectfully submitted,

s/James D. VandeWyngearde
JAMES D. VANDEWYNGEARDE (P58634)
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI  48243
313.259.7110
*vandewyj@pepperlaw.com*
*Local Counsel for Defendant*
*State Street Bank and Trust Company*

WILBER H. BOIES, P.C.
NANCY G. ROSS
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
312.984.7686
*Counsel for Defendant*
*State Street Bank and Trust Company*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN LOFFREDO, et al., <br><br> Plaintiffs, <br> v. <br><br> CERBERUS CAPITAL MANAGEMENT, L.P., a limited partnership, STATE STREET BANK AND TRUST COMPANY, a Massachusetts Trust Company, JOHN DOE and MARY DOE, individuals. <br><br> Defendants. <br> and <br><br> JOHN LOFFREDO, et al., <br><br> Plaintiffs, <br> v. <br><br> DAIMLER, AG, et al., <br><br> Defendants. | Hon. Julian A. Cook <br><br> Case No. 2:10–cv–14214 <br> Consolidated With: 2:10-cv-14181 |

**BRIEF IN SUPPORT OF DEFENDANT STATE STREET BANK AND TRUST
COMPANY'S *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY BRIEF IN
SUPPORT OF ITS MOTION TO DISMISS IN THE "CERBERUS" ACTION
<u>IN EXCESS OF FIVE PAGES</u>**

State Street Bank and Trust Company ("State Street"), by its undersigned attorneys, respectfully submits this Brief in Support of its *Ex Parte* Motion for Leave to File A Reply Brief in Support of its Motion to Dismiss in the "Cerberus" Action in Excess of Five Pages. State Street seeks to file a fourteen page Reply Brief in Support of State Street's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) in the "Cerberus" Action (the "Motion").

E.D. Mich. L.R. 7.1(c)(3) provides that "a party seeking to file a longer brief may apply *ex parte* to the Court in writing setting forth the reasons."

The issues raised in Plaintiffs' Complaint are lengthy, complex and create the need for a detailed explanation by State Street.  Given the magnitude of the claims at issue, the complexity of the issues raised, and the need to respond to plaintiffs' 26-page brief in opposition to State Street's motion to dismiss,  the page limitations provided by the Local Rules do not provide enough space for a full analysis and presentation of the extensive bases pertinent to resolution of State Street's Motion.

WHEREFORE, pursuant to L.R. 7.1(c)(3) State Street respectfully requests that this Honorable Court grant this *Ex Parte* Motion, permit State Street to file the fourteen page Reply Brief in Support of State Street's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) in the "Cerberus" Action attached hereto as Exhibit 1, and enter the proposed Order attached hereto as Exhibit 2.

Dated:  April 6, 2011

Respectfully submitted,

s/James D. VandeWyngearde
JAMES D. VANDEWYNGEARDE (P58634)
Pepper Hamilton LLP
100 Renaissance Center, Suite 3600
Detroit, MI  48243
313.259.7110
vandewyj@pepperlaw.com
*Local Counsel for Defendant*
*State Street Bank and Trust Company*

WILBER H. BOIES, P.C.
NANCY G. ROSS
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, IL  60606-5096
312.984.7686
*Counsel for Defendant*
*State Street Bank and Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2011, I caused to be electronically filed the foregoing Defendant State Street Bank and Trust Company's *Ex Parte* Motion for Leave to File a Reply Brief in Support of its Motion to Dismiss in the "Cerberus" Action in Excess of Five Pages, Brief in Support thereof, and this Certificate of Service with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

I further certify that a copy will be hand delivered to the Hon. Julian A. Cook, 231 W. Lafayette Blvd., Room 718, Detroit, MI 48826.

                                                  s/James D. VandeWyngearde  
                                                  JAMES D. VANDEWYNGEARDE (P58634)

DM_US 27989265-1.030790.0281