**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN LOFFREDO, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CERBERUS CAPITAL MANAGEMENT, L.P., a limited partnership, STATE STREET BANK AND TRUST COMPANY, a Massachusetts Trust Company, JOHN DOE and MARY DOE, individuals.<br><br>   Defendants.<br><br>and<br><br>JOHN LOFFREDO, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DAIMLER, AG, et al.,<br><br>   Defendants. | Hon. Julian A. Cook<br><br>Case No. 2:10–cv–14214<br>Consolidated With: 2:10-cv-14181 |

**INDEX OF EXHIBITS TO
DEFENDANT STATE STREET BANK AND TRUST COMPANY'S
*EX PARTE* MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS
MOTION TO DISMISS IN THE "CERBERUS" ACTION IN EXCESS OF FIVE PAGES**

  1. Defendant State Street Bank and Trust Company's Reply Brief in Support of its Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) in the "Cerberus" Action

  2. [Proposed] Order