# EXHIBIT 2

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN LOFFREDO, et al., <br><br>       Plaintiffs, <br><br>v. <br><br>CERBERUS CAPITAL MANAGEMENT, L.P., a limited partnership, STATE STREET BANK AND TRUST COMPANY, a Massachusetts Trust Company, JOHN DOE and MARY DOE, individuals. <br><br>       Defendants. <br><br>and <br><br>JOHN LOFFREDO, et al., <br><br>       Plaintiffs, <br><br>v. <br><br>DAIMLER, AG, et al., <br><br>       Defendants. | Hon. Julian A. Cook <br><br>Case No. 2:10–cv–14214 <br>Consolidated With: 2:10-cv-14181 |

**[PROPOSED] ORDER GRANTING DEFENDANT STATE STREET BANK AND TRUST COMPANY'S *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS IN THE "CERBERUS" ACTION
<u>IN EXCESS OF FIVE PAGES</u>**

This matter is before the Court on Defendant State Street Bank and Trust Company's ("State Street") *Ex Parte* Motion for Leave to File a Reply Brief in Support of its Motion to Dismiss in the "Cerberus" Action in Excess of Five Pages; and the Court having considered State Street's *Ex Parte* Motion, and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that State Street's *Ex Parte* Motion for Leave to File a Reply Brief in Support of its Motion to Dismiss in the "Cerberus" Action in Excess of Five Pages is GRANTED.  State Street may file a fourteen page Reply Brief in Support of State Street's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) in the "Cerberus" Action.

IT IS SO ORDERED this ____ day of April, 2011.

_____
U.S. DISTRICT COURT JUDGE