UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN LOFFREDO, *ET AL.*,

    Plaintiffs,

v.

DAIMLER AG, *ET AL.*,

    Defendants.

CASE NO. 2:10-CV-14181

HON. JULIAN A. COOK

## APPEARANCE AND NOTICE OF APPEARANCE

TO:    Clerk of the Court

    Please enter the Appearance of J. Timothy Mast of Troutman Sanders LLP as counsel on behalf of Defendant Thomas LaSorda.

TROUTMAN SANDERS LLP

By: /s/ J. Timothy Mast
600 Peachtree Street, Suite 5200
Atlanta, GA 30308
Telephone:    (404) 885-3591
Facsimile:    (404) 962-6796
tim.mast@troutmansanders.com
Georgia Bar No. 476199
*Admitted Pro Hac Vice*

Dated: April 29, 2011

## NOTICE

TO:     COUNSEL OF RECORD

        PLEASE TAKE NOTICE that J. Timothy Mast of Troutman Sanders LLP has entered his

Appearance in the above-entitled cause of action as counsel on behalf of Defendant Thomas

LaSorda.

                                        TROUTMAN SANDERS LLP

                                        By:  /s/ J. Timothy Mast
                                        600 Peachtree Street, Suite 5200
                                        Atlanta, GA 30308
                                        Telephone:     (404) 885-3591
                                        Facsimile:     (404) 962-6796
                                        tim.mast@troutmansanders.com
Dated:  April 29, 2011                  Georgia Bar No. 476199
                                        *Admitted Pro Hac Vice*


## CERTIFICATE OF ELECTRONIC SERVICE

        I hereby certify that on April 29, 2011, I electronically filed an Appearance and Notice of
Appearance on behalf of Defendant Thomas LaSorda with the Clerk of the Court for the Eastern
District of Michigan using the ECF System which sent notification to registered participants of
the ECF System as listed on the Court's Notice of Electronic Filing.

                                        /s/ J. Timothy Mast
                                        J. Timothy Mast
                                        TROUTMAN SANDERS LLP
                                        600 Peachtree Street, Suite 5200
                                        Atlanta, GA 30308
                                        Telephone:     (404) 885-3591
                                        Facsimile:     (404) 962-6796
                                        tim.mast@troutmansanders.com
                                        Georgia Bar No. 476199
                                        *Admitted Pro Hac Vice*