UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

JOHN LOFFREDO ET AL,

    Plaintiffs,

v.

Case No.:    10-CV-14181
Consolidated With:    10-CV-14214
Hon. Julian A. Cook
Magistrate Judge Virginia M. Morgan

DAIMLER AG, ET AL,

    Defendants.

and

JOHN LOFFREDO ET AL,

    Plaintiffs,

v.

CERBERUS CAPITAL MANAGEMENT,
L.P., ET AL.,

    Defendants.
_____/

| | |
|---|---|
| Sheldon L. Miller (P17785) | Mayer Morganroth (P17966) |
| LAW OFFICES OF SHELDON MILLER | Jeffrey M. Thomson (P72202) |
| **Attorneys for Plaintiffs** | MORGANROTH & MORGANROTH, PLLC |
| 31731 Northwestern Hwy., Ste. 280W | **Co-Counsel for Plaintiffs** |
| Farmington Hills, MI 48334 | 344 North Old Woodward Avenue |
| (248) 538-3400 | Suite 200 |
| (248) 538-5280 Fax | Birmingham, MI 48009 |
| | (248) 864-4000 |
| | (248) 864-4001 Fax |

| | |
|---|---|
| Lawrence G. Campbell (P11553)<br>Thomas G. McNeill (P36895)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>**Attorneys for Daimler AG, Dieter Zetsche and Thomas Lasorda**<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>(313) 223-3598 Fax | Alan S. Goudiss<br>Jaculin Aaron<br>SHEARMAN & STERLING LLP<br>**Attorneys for Daimler AG and Dieter Zetsche**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| J. Timothy Mast<br>TROUTMAN SANDERS LLP<br>**Attorney for Thomas Lasorda**<br>600 Peachtree Street, NE Suite 5200<br>Atlanta, GA 30308-2216<br>(404) 885-3312 | Wilbur H. Boies<br>Nancy G. Ross<br>MCDERMOTT WILL & EMERY LLP<br>**Attorneys for State Street Bank & Trust, Co.**<br>227 W. Monroe Street<br>Chicago, IL 60606<br>(312) 984-7686 |
| Abraham Singer (P23601)<br>James D. VandeWyngearde (P58634)<br>PEPPER HAMILTON LLP<br>**Attorneys for State Street Bank & Trust, Co.**<br>Suite 3600<br>100 Renaissance Center<br>Detroit, MI 48243-1157<br>(313) 259-7110 | |

_____/

## **APPEARANCE OF JEFFREY M. THOMSON**

To:   Clerk of the Court
      U.S. District Court, Eastern District

   Please enter the Appearance of Jeffrey M. Thomson, from the law firm of MORGANROTH & MORGANROTH, PLLC, as co-counsel for Plaintiffs in the above-entitled matter.

                              Respectfully submitted,

                               /s/ Jeffrey M. Thomson
                              JEFFREY M. THOMSON
                              MORGANROTH & MORGANROTH, PLLC
                              344 North Old Woodwsrd, Suite 200
                              Birmingham, MI  48009
                              (248) 864-4000

1

Dated: June 28, 2011                                  jthomson@morganrothlaw.com
                                                      [P72202]

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants who have registered to receive electronic filings in connection with the above-captioned matter.

                                    MORGANROTH & MORGANROTH, PLLC
                                    By: /s/ Jeffrey M. Thomson
                                    JEFFREY M. THOMSON (P72202)
                                    Morganroth & Morganroth, PLLC
                                    E-mail: jthomson@morganrothlaw.com