UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

JOHN LOFFREDO ET AL,

    Plaintiffs,

v.

DAIMLER AG, ET AL,

    Defendants.

and

JOHN LOFFREDO ET AL,

    Plaintiffs,

v.

CERBERUS CAPITAL MANAGEMENT,
L.P., ET AL.,

    Defendants.

Case No.:    10-CV-14181
Consolidated With:    10-CV-14214
Hon. Julian A. Cook
Magistrate Judge Virginia M. Morgan

_____/

| | |
|---|---|
| Sheldon L. Miller (P17785) | Mayer Morganroth (P17966) |
| LAW OFFICES OF SHELDON MILLER | Jeffrey M. Thomson (P72202) |
| **Attorneys for Plaintiffs** | MORGANROTH & MORGANROTH, PLLC |
| 31731 Northwestern Hwy., Ste. 280W | **Co-Counsel for Plaintiffs** |
| Farmington Hills, MI 48334 | 344 North Old Woodward Avenue |
| (248) 538-3400 | Suite 200 |
| (248) 538-5280 Fax | Birmingham, MI 48009 |
| | (248) 864-4000 |
| | (248) 864-4001 Fax |

| | |
|---|---|
| Lawrence G. Campbell (P11553)<br>Thomas G. McNeill (P36895)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>**Attorneys for Daimler AG, Dieter Zetsche and Thomas Lasorda**<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>(313) 223-3598 Fax | Alan S. Goudiss<br>Jaculin Aaron<br>SHEARMAN & STERLING LLP<br>**Attorneys for Daimler AG and Dieter Zetsche**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |
| J. Timothy Mast<br>TROUTMAN SANDERS LLP<br>**Attorney for Thomas Lasorda**<br>600 Peachtree Street, NE Suite 5200<br>Atlanta, GA 30308-2216<br>(404) 885-3312 | Wilbur H. Boies<br>Nancy G. Ross<br>MCDERMOTT WILL & EMERY LLP<br>**Attorneys for State Street Bank & Trust, Co.**<br>227 W. Monroe Street<br>Chicago, IL 60606<br>(312) 984-7686 |
| Abraham Singer (P23601)<br>James D. VandeWyngearde (P58634)<br>PEPPER HAMILTON LLP<br>**Attorneys for State Street Bank & Trust, Co.**<br>Suite 3600<br>100 Renaissance Center<br>Detroit, MI 48243-1157<br>(313) 259-7110 | |

_____/

## NOTICE OF APPEAL

    TO:    Clerk of the Court
            U.S. District Court for the Eastern District of Michigan
            231 W. Lafayette Blvd.
            Detroit, MI 48226
            Attention: Appeals Clerk

Notice is hereby given that Plaintiffs, John Loffredo, et al, by and through their Attorneys, Morganroth & Morganroth, PLLC, appeal to the United States Court of Appeals for the Sixth Circuit from the Order dated June 6, 2011 **(Docket No. 47)** attached hereto as **Exhibit 1.**

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MORGANROTH & MORGANROTH, PLLC |
|  | /s/ Jeffrey M. Thomson |
|  | MAYER MORGANROTH  (P17966) |
|  | JEFFREY M. THOMSON (P72202) |
|  | C-Counsel for Plaintiffs |
|  | 344 N. Old Woodward Ave., Suite 200 |
|  | Birmingham, MI  48009 |
|  | (248) 864-4000 |
| Dated:  June 28, 2011 | Email: jthomson@morganrothlaw.com |

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 28, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants who have registered to receive electronic filings in connection with the above-captioned matter.

                MORGANROTH & MORGANROTH, PLLC
                By: /s/ Jeffrey M. Thomson
                JEFFREY M. THOMSON (P72202)
                Morganroth & Morganroth, PLLC
                E-mail: jthomson@morganrothlaw.com