UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


John Loffredo, et al.,

                    Plaintiff(s),

v.                                                    Case No. 2:10–cv–14181–JAC–VMM
                                                      Hon. Julian Abele Cook
Dieter Zetsche, an individual, et
al.,

                    Defendant(s).

_____

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate
of Service was served upon:

                    United States Court of Appeals for the Sixth Circuit
                    Potter Stewart U.S. Courthouse
                    100 East Fifth Street, Fifth Floor
                    Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on June 29, 2011.



                                        DAVID J. WEAVER, CLERK OF COURT


                              By: s/ D. L. Smith_____
                                   Deputy Clerk


Dated:   June 29, 2011