UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LOFFREDO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAIMLER AG, *et al.*, <br><br> Defendants. | Case No. 2:10-cv-14181 <br><br> Hon. Julian A. Cook |

**INDEX OF EXHIBITS TO
DEFENDANT DAIMLER AG'S MOTION TO CERTIFY
JUNE 6, 2011 ORDER AS A FINAL ORDER AND JUDGMENT**

TAB 1:   Order entered on June 6, 2011

TAB 2:   Proposed Order Certifying June 6, 2011 Order as Final Order and Judgment

1