# TAB 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LOFFREDO, *et al.*, | Case No. 2:10-cv-14181 |
| Plaintiffs, | Hon. Julian A. Cook |
| v. | |
| DAIMLER AG, *et al.*, | |
| Defendants. | |

### ORDER CERTIFYING JUNE 6, 2011 ORDER AS FINAL ORDER AND JUDGMENT

On June 6, 2011 the Court entered an order dismissing Plaintiffs' claims and stating the Court shall enter a final order dismissing Plaintiffs' claims against Zetsche if Plaintiffs failed to show cause within ten (10) days why their complaint should not also be dismissed as to named Defendant Dieter Zetsche ("Zetsche"). Plaintiffs did not show cause within ten days and have not filed any subsequent motions with this Court.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, Plaintiffs' claims are hereby dismissed for failing to state a claim as to Zetsche for the reasons set forth in the June 6 Order, and the June 6, 2011 Order is hereby certified as a Final Order and Judgment as to all Defendants.

Date: _____, 2011

_____
UNITED STATES DISTRICT JUDGE