UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LOFFREDO, *et al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>DAIMLER AG, *et al.,*<br><br>    Defendants. | Case No. 2:10-cv-14181<br><br>Hon. Julian A. Cook |

## ORDER CERTIFYING JUNE 6, 2011 ORDER AS FINAL ORDER AND JUDGMENT

On June 6, 2011 the Court entered an order dismissing Plaintiffs' claims and stating the Court shall enter a final order dismissing Plaintiffs' claims against Zetsche if Plaintiffs failed to show cause within ten (10) days why their complaint should not also be dismissed as to named Defendant Dieter Zetsche ("Zetsche"). Plaintiffs did not show cause within ten days and have not filed any subsequent motions with this Court.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, Plaintiffs' claims are hereby dismissed for failing to state a claim as to Zetsche for the reasons set forth in the June 6 Order, and the June 6, 2011 Order is hereby certified as a Final Order and Judgment as to all Defendants.

Date: July 21, 2011              s/Julian Abele Cook, Jr.
                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on July 21, 2011.

                                          s/ Kay Doaks
                                          Case Manager