Case No. 11-1824

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOHN LOFFREDO, et al.

      Plaintiffs - Appellants

v.

DAIMLER AG; STATE STREET BANK AND TRUST COMPANY, a Massachusetts Trust Company; DIETER ZETSCHE an individual; THOMAS LASORDA, an individual

      Defendants - Appellees

 and

JOHN DOE, individual; MARY ROE, individual

      Defendants

Upon consideration of the motion filed by Mr. Thomson to extend the filing of the reply brief,

It is **ORDERED** that the motion be **GRANTED IN PART AND DENIED IN PART**. The reply brief is now due on or before **Friday, December 16, 2011**.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: November 07, 2011

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 07, 2011

Mr. Jeffrey Michael Thomson
Morganroth & Morganroth
344 N. Old Woodward Avenue
Suite 200
Birmingham, MI 48009

Re:  Case No. 11-1824, *John Loffredo, et al v. Daimler AG, et al*
Originating Case No. : 10-14181

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Ms. Jaculin Aaron
Mr. Wilber H. Boies
Mr. Alan S. Goudiss
Mr. Prashant Kolluri
Mr. Tim Mast
Mr. Sheldon L. Miller
Mr. Mayer Morganroth
Ms. Nancy G. Ross
Ms. Natalie D. Sacha
Mr. Abraham Singer
Mr. James D. VandeWyngearde
Mr. David J. Weaver
Mr. L. Pahl Zinn

Enclosure