UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MICHIGAN

JOHN LOFFREDO ET AL,

      Plaintiffs,

v                                            Case No. 2:10-cv-14181-JAC-VMM
                                           Hon. Julian A. Cook
                                           Magistrate Judge Virginia M. Morgan

DAIMLER AG, a foreign corporation,
STATE STREET BANK AND TRUST COMPANY,
a Massachusetts Trust Company,
DIETER ZETSCHE, an individual,
THOMAS LASORDA, an individual,
JOHN DOE and MARY ROE, individuals,

      Defendants.
_____/

| | |
|---|---|
| Sheldon L. Miller (P17785)<br>LAW OFFICES OF SHELDON MILLER<br>**Attorneys for Plaintiffs**<br>31731 Northwestern Hwy., Ste. 280W<br>Farmington Hills, MI 48334<br>(248) 538-3400<br>(248) 538-5280 Fax | Mayer Morganroth (P17966)<br>Jeffrey B. Morganroth (P41670)<br>MORGANROTH & MORGANROTH, PLLC<br>**Co-Counsel for Plaintiffs**<br>344 North Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009<br>(248) 864-4000<br>(248) 864-4001 Fax |
| Lawrence G. Campbell (P11553)<br>Thomas G. McNeill (P36895)<br>L. Pahl Zinn (P57516)<br>DICKINSON WRIGHT PLLC<br>**Attorneys for Daimler AG, Dieter Zetsche and Thomas Lasorda**<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>(313) 223-3598 Fax | Alan S. Goudiss<br>Jaculin Aaron<br>SHEARMAN & STERLING LLP<br>**Attorneys for Daimler AG and Dieter Zetsche**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 |

| | |
|---|---|
| J. Timothy Mast<br>TROUTMAN SANDERS LLP<br>**Attorney for Thomas Lasorda**<br>600 Peachtree Street, NE Suite 5200<br>Atlanta, GA 30308-2216<br>(404) 885-3312 | Wilbur H. Boies<br>Nancy G. Ross<br>MCDERMOTT WILL & EMERY LLP<br>**Attorneys for State Street Bank & Trust, Co.**<br>227 W. Monroe Street<br>Chicago, IL 60606<br>(312) 984-7686 |

Abraham Singer (P23601)
James D. VandeWyngearde (P58634)
PEPPER HAMILTON LLP
**Attorneys for State Street Bank & Trust, Co.**
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
(313) 259-7110

_____/

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1 | Plaintiffs' Motion for Leave to Amend Complaint |
| 2 | Chrysler Corporation Supplemental Executive Retirement Plan Trust Agreement, Dated October 1, 1996 |
| 3 | Chrysler Corporation Supplemental Executive Retirement Plan Consolidated as of Dated October 1, 1996 and Amendments Thereto |

1