### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOHN LOFFREDO, et al.,

                Plaintiffs,

      vs.

DAIMLER AG, a foreign corporation,
STATE STREET BANK AND TRUST
COMPANY, a Massachusetts Trust
Company, DIETER ZETSCHE, an individual,
THOMAS LASORDA, an individual,
JOHN DOE and MARY ROE, individuals.

                Defendants.

Hon. Julian A. Cook
Magistrate Judge Virginia M. Morgan

Case No. 2:10–cv–14181

### STIPULATED ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

       Upon the parties' Stipulation as set forth below, and the Court being otherwise fully advised in the premises;

       IT IS HEREBY STIPULATED AND AGREED that:

       1.      Defendants shall have until March 22, 2013 to respond to Plaintiffs' Motion for Leave to Amend Complaint, Dkt # 57.

       2.      Plaintiffs shall have until April 5, 2013 to file a reply in support of their Motion for Leave to Amend Complaint.

       IT IS SO ORDERED this 5th day of March, 2013.

                s/Julian Abele Cook, Jr.
                UNITED STATES DISTRICT JUDGE

I hereby stipulate to entry of the above Order:

/s/James D. VandeWyngearde
JAMES D. VANDEWYNGEARDE (P58634)
Pepper Hamilton LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
248.359.7387
*Local Counsel for Defendant*
*State Street Bank and Trust Company*


WILBER H. BOIES, P.C.
NANCY G. ROSS
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, IL 60606
312.984.7686
*Counsel for Defendant*
*State Street Bank and Trust Company*


/s/L. Pahl Zinn
L. PAHL ZINN (P57516)
LAWRENCE G. CAMPBELL (P11553)
THOMAS G. McNEILL (P36895)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
313.223.3500
*Co-Counsel for Daimler AG*


ALAN S. GOUDISS
JACULIN AARON
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212.848.4000
*Counsel for Daimler AG and Dieter Zetsche*


Dated:  February 26, 2013

DETROIT 41021-1 1274518v1

I hereby stipulate to entry of the above Order:

/s/Mayer Morganroth
MAYER MORGANROTH (P17966)
JEFFREY M. THOMSON (P72202)
Morganroth & Morganroth, PLLC
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
248.864.4000


SHELDON L. MILLER (P17785)
Law Offices of Sheldon Miller
31731 Northwestern Hwy., Ste. 280W
Farmington Hills, MI 48334
248.538.3400


*Counsel for Plaintiffs*


/s/L. Pahl Zinn
L. PAHL ZINN (P57516)
LAWRENCE G. CAMPBELL (P11553)
THOMAS G. McNEILL (P36895)
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
313.223.3500
*Co-Counsel for Thomas Lasorda*


J. TIMOTHY MAST
Troutman Sanders LLP
600 Peachtree Street, NE Suite 5200
Atlanta, GA 30308
404.885.3312
*Counsel for Thomas Lasorda*