UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Loffredo, et al.,

                     Plaintiff(s),

v.                                           Case No. 2:10−cv−14181−JAC−VMM
                                           Hon. Julian Abele Cook

Daimler AG, et al.,

                     Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for Leave to File – #57

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Julian Abele Cook *without* oral argument.

- RESPONSE DUE: March 22, 2013

- REPLY DUE: April 5, 2013

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/K. Doaks
                                                               Case Manager

Dated: March 20, 2013