# **INDEX OF EXHIBITS**

Exhibit A: Proposed First Amended Complaint Highlighting Daimler's Objections