UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN LOFFREDO, *et al.*, | Case No. 2:10-cv-14181 |
| Plaintiffs, | Hon. Julian A. Cook |
| v. | |
| DAIMLER AG, *et al.*, | |
| Defendants. | |

## APPEARANCE AND NOTICE OF APPEARANCE

TO:    Clerk of the Court

Please enter the Appearance of Mary M. Weeks as co-counsel on behalf of Defendant Thomas Lasorda in the above-captioned action.

    TROUTMAN SANDERS LLP

    BY:  */s/ Mary M. Weeks*
         Mary M. Weeks
         5200 Bank of America Plaza
         600 Peachtree Street, N.E.
         Atlanta, GA 30308-2216
         (404) 885-3000
         mary.weeks@troutmansanders.com

    Co-Counsel for Defendant Thomas Lasorda

Dated: April 3, 2013

# NOTICE

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that Mary M. Weeks of Troutman Sanders LLPC has entered her appearance as co-counsel on behalf of Defendant Thomas Lasorda in the above-entitled cause of action.

TROUTMAN SANDERS LLP

BY:  /s/ Mary M. Weeks
Mary M. Weeks
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
mary.weeks@troutmansanders.com

Co-Counsel for Defendant Thomas Lasorda

Dated: April 3, 2013

# CERTIFICATE OF SERVICE

I certify that on April 3, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

 /s/ Mary M. Weeks
Mary M. Weeks
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
mary.weeks@troutmansanders.com