UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN LOFFREDO, *et al.*,

    Plaintiffs,

v.

DAIMLER AG, *et al.,*

    Defendants.

Case No. 2:10-cv-14181
Hon. Julian A. Cook

## **APPEARANCE AND NOTICE OF APPEARANCE**

TO:    Clerk of the Court

Please enter the Appearance of Rebecca Shanlever as co-counsel on behalf of Defendant Thomas Lasorda in the above-captioned action.

    TROUTMAN SANDERS LLP

    BY:  */s/ Rebecca Shanlever*
         Rebecca Shanlever
         5200 Bank of America Plaza
         600 Peachtree Street, N.E.
         Atlanta, GA 30308-2216
         (404) 885-3000
         rebecca.shanlever@troutmansanders.com

    Co-Counsel for Defendant Thomas Lasorda

Dated: April 3, 2013

## NOTICE

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that Rebecca Shanlever of Troutman Sanders LLPC has entered her appearance as co-counsel on behalf of Defendant Thomas Lasorda in the above-entitled cause of action.

TROUTMAN SANDERS LLP

BY: */s/ Rebecca Shanlever*
Rebecca Shanlever
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
rebecca.shanlever@troutmansanders.com

Co-Counsel for Defendant Thomas Lasorda

Dated: April 3, 2013

## CERTIFICATE OF SERVICE

I certify that on April 3, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

*/s/ Rebecca Shanlever*
Rebecca Shanlever
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
rebecca.shanlever@troutmansanders.com