# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MICHIGAN

JOHN LOFFREDO ET AL,

    Plaintiffs,

v                                        Case No. 2:10-cv-14181-JAC-VMM
                                        Hon. Julian A. Cook
                                        Magistrate Judge Virginia M. Morgan

DAIMLER AG, a foreign corporation,
STATE STREET BANK AND TRUST COMPANY,
a Massachusetts Trust Company,
THOMAS LASORDA, an individual,
JOHN DOE and MARY ROE, individuals,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT IN EXCESS OF FIVE PAGES

This Court having reviewed Plaintiffs' Ex Parte Motion to File a Reply Brief in Further Support of Plaintiffs' Motion for Leave to Amend Complaint in Excess of Five Pages (Plaintiffs' "Ex Parte Motion"), and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs' Ex Parte Motion is **GRANTED** and that Plaintiffs shall be permitted to file a single consolidated Reply Brief in Further Support of Plaintiffs' Motion for Leave to Amend Complaint of 10 total pages.

Dated: April __, 2013

                                                    _____
                                                  DISTRICT COURT JUDGE