UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF MICHIGAN

JOHN LOFFREDO ET AL,

    Plaintiffs,

v                                          Case No. 2:10-cv-14181-JAC-VMM
                                          Hon. Julian A. Cook
                                          Magistrate Judge Virginia M. Morgan

DAIMLER AG, a foreign corporation,
STATE STREET BANK AND TRUST COMPANY,
a Massachusetts Trust Company,
THOMAS LASORDA, an individual,
JOHN DOE and MARY ROE, individuals,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT IN EXCESS OF FIVE PAGES

This Court having reviewed Plaintiffs' Ex Parte Motion to File a Reply Brief in Further Support of Plaintiffs' Motion for Leave to Amend Complaint in Excess of Five Pages (Plaintiffs' "Ex Parte Motion"), and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs' Ex Parte Motion is **GRANTED** and that Plaintiffs shall be permitted to file a single consolidated Reply Brief in Further Support of Plaintiffs' Motion for Leave to Amend Complaint of 10 total pages.

Dated:  April 22, 2013

                                                                  s/Julian Abele Cook, Jr.
                                                                   JULIAN ABELE COOK, JR.
                                                                   United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on April 22, 2013.

                                              s/ Kay Doaks
                                              Case Manager