UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

------------------------------------------------------- x
JOHN LOFFREDO, *et al.*,

                        Plaintiffs,

vs.

DAIMLER AG, *et al.*,

                        Defendants.
------------------------------------------------------- x

Civil Action No.:
2:10-cv-14181

Hon. Julian A. Cook

# DEFENDANTS' *EX PARTE* MOTION TO EXCEED REPLY BRIEF PAGE LIMIT

Defendants Daimler AG, Thomas Lasorda and State Street Bank and Trust Company, by their counsel, hereby move *ex parte*, pursuant to E.D. Mich. Local Rule 7.1(d)(3)(A), for an order permitting them to exceed the page limit for their Reply Briefs in Support of Motions to Dismiss Plaintiff's First Amended Complaint (Docket Nos. 74, 75, 76).

Although Defendants' Briefs are written as concisely as possible, the legal and factual discussion of issues raised by Plaintiffs in their Response Briefs to Defendants' Motions cannot be accomplished within seven (7) pages. These issues deserve thorough, accurate and detailed attention which requires reply briefs in excess of the page limit. Further, as this Court has indicated that it will decide the Motions to Dismiss on the papers presented, it is imperative that all of Defendants'

arguments are fully briefed in their Reply Briefs and not abbreviated to allow for the seven-page limit.

Accordingly, Defendants respectfully request that this Court permit them to exceed the seven (7) page limit for reply briefs and submit Reply Briefs not to exceed twelve (12) pages. A proposed order has been submitted along with this motion.

WHEREFORE, Defendants respectfully request that they be permitted to file Reply Briefs in Support of their Motions to Dismiss Plaintiffs' First Amended Complaint in excess of seven (7) pages but not to exceed twelve (12) pages, and that the Court accept such briefs for filing.

        DICKINSON WRIGHT PLLC

        By: /s/ L. Pahl Zinn
            L. Pahl Zinn (P57516)
            Lawrence G. Campbell (P11553)
            Thomas G. McNeill (P36895)
        500 Woodward Avenue, Suite 4000
        Detroit, Michigan 48226
        Telephone: (313) 223-3500
        Email: pzinn@dickinson-wright.com

        Jaculin Aaron
        Alan S. Goudiss
        K. Mallory Brennan
        SHEARMAN & STERLING LLP
        599 Lexington Avenue
        New York, New York 10022
        Email: jaaron@shearman.com

        *Attorneys for Defendant Daimler AG*

/s/ L. Pahl Zinn
L. Pahl Zinn (P57516)
Lawrence G. Campbell (P11553)
Thomas G. McNeill (P36895)
DICKINSON WRIGHT LLC
500 Woodward Ave., Ste. 4000
Detroit, Michigan 48226
Telephone: (313) 223-3500
pzinn@dickinsonwright.com

J. Timothy Mast
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
404-885-3312

*Attorneys for Defendant*
*THOMAS LASORDA*


/s/ James D. VandeWyngaerde
James D. VandeWyngaerde (58634)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
248-359-7387

Wilber H. Boies
Nancy G. Ross
McDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Chicago, IL 60606
312-984-7686

Dated: November 8, 2013

*Attorneys for Defendant*
*State Street Bank and Trust Company*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

---

JOHN LOFFREDO, *et al.*,

             Plaintiffs,

vs.

DAIMLER AG, *et al.*,

             Defendants.

Civil Action No.:
2:10-cv-14181

Hon. Julian A. Cook

---

## BRIEF IN SUPPORT OF DEFENDANTS' *EX PARTE* MOTION TO EXCEED REPLY BRIEF PAGE LIMIT

In support of their *Ex Parte* Motion to Exceed Reply Brief Page Limit, Defendants Daimler AG, Thomas Lasorda and State Street Bank and Trust Company rely on the Local Rule 7.1(d)(3)(A), and the facts and law contained in the accompanying *Ex Parte* Motion to Exceed Reply Brief Page Limit.

WHEREFORE, Defendants respectfully requests that they be permitted to file Reply Briefs in Support of their Motions to Dismiss Plaintiffs' First Amended Complaint in excess of seven (7) pages but not to exceed twelve (12) pages, and that the Court accept such briefs for filing.

DICKINSON WRIGHT PLLC

By: /s/ L. Pahl Zinn
     L. Pahl Zinn (P57516)
     Lawrence G. Campbell (P11553)
     Thomas G. McNeill (P36895)
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Telephone:  (313) 223-3500
Email: pzinn@dickinson-wright.com

Jaculin Aaron
Alan S. Goudiss
K. Mallory Brennan
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Email: jaaron@shearman.com

*Attorneys for Defendant Daimler AG*


/s/   L. Pahl Zinn
L. Pahl Zinn (P57516)
Lawrence G. Campbell (P11553)
Thomas G. McNeill (P36895)
DICKINSON WRIGHT LLC
500 Woodward Ave., Ste. 4000
Detroit, Michigan 48226
Telephone:  (313) 223-3500
pzinn@dickinsonwright.com

J. Timothy Mast
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308
404-885-3312

*Attorneys for Defendant*

2

*THOMAS LASORDA*

DATED:  November 8, 2013

/s/ James D. VandeWyngaerde
James D. VandeWyngaerde (58634)
PEPPER HAMILTON LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
248-359-7387

Wilber H. Boies
Nancy G. Ross
McDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Chicago, IL 60606
312-984-7686

*Attorneys for Defendant*
*State Street Bank and Trust Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the foregoing paper using the ECF System which sent notification to registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ L. Pahl Zinn
L. Pahl Zinn
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Ste. 4000
Detroit, MI  48226
Tel:  (313) 223-3500
Fax:  (313) 223-3598
E-Mail:  pzinn@dickinsonwright.com
Bar No. P57516

DETROIT 41021-1 1298075v1

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

------------------------------------------------------- x
JOHN LOFFREDO, *et al.*,

                       Plaintiffs,

vs.

DAIMLER AG, *et al.*,

                       Defendants.
------------------------------------------------------- x

Civil Action No.:
2:10-cv-14181

Hon. Julian A. Cook

# ORDER GRANTING DEFENDANTS' *EX PARTE* MOTION TO EXCEED REPLY BRIEF PAGE LIMIT

    Defendants Daimler AG, Thomas Lasorda and State Street Bank and Trust Company, having moved this Court for an Order allowing them to exceed the seven-page reply brief limit as to their Reply Briefs in Support of Motions to Dismiss Plaintiffs' First Amended Complaint (Docket Nos. 74, 75 and 76); and the Court being otherwise fully advised in the premises:

    IT IS ORDERED that Defendants' *Ex Parte* Motion to Exceed Reply Brief Page Limit is hereby GRANTED, and Defendants' Reply Briefs in Support of their Motions to Dismiss Plaintiffs' First Amended Complaint may exceed the seven-page reply brief limit, but shall not exceed twelve (12) pages.

                                                                                                                              _____

                                                                                                                     U.S. DISTRICT COURT JUDGE