UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN LOFFREDO, et al.,

    Plaintiffs,

                              Case No. 10-14181
-vs-                          HON. AVERN COHN

JOHN DOE and MARY ROE, et al.,

    Defendants.
_____/

**ORDER DISMISSING DEFENDANTS JOHN DOE AND MARY ROE
PURSUANT TO AMENDED ORDER DIRECTING PLAINTIFFS
TO SHOW CAUSE IN WRITING (Doc. 92)**

In the Amended Show Cause Order (Doc. 92) of September 22, 2014, plaintiffs were directed to show cause why John Doe and Mary Roe should not be dismissed. Plaintiffs filed a response (Doc. 93) and defendants filed a joint response (Doc. 96).

The case was then reassigned to the undersigned.

Following a status conference, the Court directed plaintiffs to file a reply to the show cause order.  (Doc. 103).

A fair read of the Motion for Leave to File Amended Complaint (Doc. 57), the First Amended Complaint (Doc. 73), and the order granting defendants' motion to dismiss the First Amended Complaint (Doc. 90), places John Doe and Mary Roe in the same position as defendant Thomas Lasorda.  Lasorda was dismissed as a defendant. (Doc. 90 at p. 6-7).  John Doe and Mary Roe are entitled to like treatment for the reasons expressed in the dismissal order.

Accordingly, the First Amended Complaint is DISMISSED as to JOHN DOE and MARY ROE.

SO ORDERED.

                                          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 8, 2015
       Detroit, MI

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 8, 2015, by electronic and/or ordinary mail.

                                          S/Sakne Chami
                                          Case Manager, (313) 234-5160